# United States Bankruptcy Court
## Middle District of Tennessee

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Boczulak, Jeremy Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1763** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1345 Sweetwater Drive**<br>**Brentwood, TN**<br>ZIP Code **37027** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Williamson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Boczulak, Jeremy Michael** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Boczulak, Jeremy Michael** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Jeremy Michael Boczulak**
Signature of Debtor **Jeremy Michael Boczulak**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 14, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ Glen C. Watson, III**
Signature of Attorney for Debtor(s)

**Glen C. Watson, III 021058**
Printed Name of Attorney for Debtor(s)

**DeSha Watson, PLLC**
Firm Name

**1106 18th Avenue South**
**Nashville, TN 37212**

_____
Address

**gcw@deshalaw.com   roy@deshalaw.com**
**(615) 369-9600  Fax: (615) 369-9613**
Telephone Number

**July 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Jeremy Michael Boczulak**                                                   Case No.
                                            Debtor(s)                                 Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Jeremy Michael Boczulak**
**Jeremy Michael Boczulak**

Date: **July 14, 2011**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
**Middle District of Tennessee**

In re   **Jeremy Michael Boczulak**                                             Case No.
                              Debtor(s)                                          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **July 14, 2011**             **/s/ Jeremy Michael Boczulak**
                                    **Jeremy Michael Boczulak**
                                    Signature of Debtor

JEREMY MICHAEL BOCZULAK
1345 SWEETWATER DRIVE
BRENTWOOD TN 37027

GLEN C. WATSON, III
DESHA WATSON, PLLC
1106 18TH AVENUE SOUTH
NASHVILLE, TN 37212

84 LUMBER COMPANY, L.P.
C/O R.W. SHICK, JR.
201 FOURTH AVENUE NORTH, SUITE 1300
NASHVILLE TN 37219

ABSOLUTE LAWN CARE
2017 RAWLS DR.
GREENBRIER TN 37073

AFFILIATED CREDITORS, INC.
176 THOMPSON LANE
NASHVILLE TN 37211

ALIFTCO
240 GREAT CIRCLE RD., STE. 348
NASHVILLE TN 37228

ALLEY-CASSITY BRICK
P.O. BOX 23305
NASHVILLE TN 37202

ALLIANCE ONE RECEIVABLES MGMT. INC.
P.O. BOX 2449
GIG HARBOR WA 98335-2449

AMANDA O'NEAL
205 NEWPORT CAVE CT.
THOMPSONS STATION TN 37179

AMERICAN MARBLE, INC.
911 DOWNS BLVD.
FRANKLIN TN 37064

AMERICAN REFINISHING, LLC
3710 JOHN LUNN RD., STE. 5
SPRING HILL TN 37174

AMP TURNKEY, LLC
485 ALLIED DR.
NASHVILLE TN 37211

ANTONIO MASONRY, LLC
1601 ANTIOCH PIKE, LOT 29
ANTIOCH TN 37013

ASSOCIATED MASONRY PRODUCTS
485 ALLIED DR.
NASHVILLE TN 37211

AT&T
P.O. BOX 105262
ATLANTA GA 30348-5262

AT&T
C/O ALLIANT LAW GROUP, P.C.
P.O. BOX 468569
ATLANTA GA 31146

AURICH INSURANCE SERVICES
P.O. BOX 932468
ATLANTA GA 31193-2468

BANK OF AMERICA
P.O. BOX 5170
SIMI VALLEY CA 93062-5170

BANK OF AMERICA
PO BOX 15026
WILMINGTON DE 19850-5026

BANK OF AMERICA
PO BOX 15184
WILMINGTON DE 19850-5184

BANK OF AMERICA
400 COUNTRYWIDE WAY
SIMI VALLEY CA 93065-6298

BANK OF AMERICA C/O DYCK O'NEAL
P.O. BOX 13370
ARLINGTON TX 76094

BARRY GAMMONS
209 10TH AVENUE SOUTH, SUITE 525
NASHVILLE TN 37203

BB&T
P.O. BOX 580048
CHARLOTTE NC 28258-0048

BERNABE GONZALES
175 ELM ST.
LA VERGNE TN 37086

BERT CARRICK III
320 BANBURY PARK LANE
FRANKLIN TN 37069

```
BLINKER-LITE
P.O. BOX 90421
NASHVILLE TN 37209-0421

BOB SEWELL
1055 SKYLINE DR.
KINGSTON SPRINGS TN 37082

BORAL BRICKS, INC.
P.O. BOX 101447
ATLANTA GA 30392-1447

BORICA PROPERTIES LLC


BORICA PROPERTIES, LLC


BRENTWOOD WATER & SEWER
C/O PAYMENT AMERICA SYSTEMS
P.O. BOX 24850
NASHVILLE TN 37202-4850

BROWN'S CONCRETE AND BLOCK CO.
P.O. BOX 10
DICKSON TN 37056-0010

BUFFALOE & ASSOCIATES
201 4TH AVE. NORTH, SUITE 1300
NASHVILLE TN 37219

BUILDERS FIRST SOURCE-ATLANTIC GRP, INC.
P.O. BOX 100932
ATLANTA GA 30384-0932

BUILDERS' INSULATION
ATTN: A/R
P.O. BOX 40
MC FARLAND WI 53558

C & C SHOP MAINTENANCE
P.O. BOX 682526
FRANKLIN TN 37068

CARPET DEN INTERIORS, INC.
264 MALLORY STATION RD., STE. 1
FRANKLIN TN 37064

CASTLE ENTRIES, INC.
91 SEABOARD LN., STE. B
BRENTWOOD TN 37027
```

CED-COOL SPRINGS
BRENTWOOD/NSC
P.O. BOX 607
BRENTWOOD TN 37024

CENTRAL WOODWORK, INC.
P.O. BOX 1819
MEMPHIS TN 38101-1819

CHASE CARD SERVICES
CARDMEMBER SERVICES
P.O. BOX 94014
PALATINE IL 60094-4010

CHRIS JONES
2683 CLAYTON ARNOLD RD.
THOMPSONS STATION TN 37179

CHRISTOPHER RICHEY
9033 FALLSWOOD LANE
BRENTWOOD TN 37027

CITY OF BRENTWOOD
5211 MARYLAND WAY
BRENTWOOD TN 37027

CLERK AND MASTER
ONE PUBLIC SQUARE
SUITE 308
NASHVILLE TN 37201

CONTRACTORS SOLUTION, LLC
2910 OLD FORT PARKWAY
MURFREESBORO TN 37128

COUNTRYWIDE HOMELOANS
MSN 314B
PO. BOX 5170
SIMI VALLEY CA 93062-5170

COUNTRYWIDE HOMELOANS
MSN 314B
P.O. BOX 5170
SIMI VALLEY CA 93062-5170

CUMBERLAND MATERIALS
P.O. BOX 90999
NASHVILLE TN 37209

CUSTOM-ARCH, LLC
1600 WILSON WAY, STE. 13
SMYRNA GA 30082

D & T CONSTRUCTION CO., LLC
P.O. BOX 251
CHARLOTTE TN 37036

DAVE'S GRADING
206 HAMPTON RD.
COLUMBIA TN 38401

DAVID ANTHONY
BONE MCALLESTER NORTON PLLC
511 UNION STREET, SUITE 1600
NASHVILLE TN 37219

DAVID HUFF
144 SECOND AVENUE NORTH
SUITE 333
NASHVILLE TN 37201

DEBT ASSISTANCE SOLUTIONS LLC
4420 ARNO ROAD
FRANKLIN TN 37064

DEERE & COMPANY
6400 NW 86TH STREET
JOHNSTON IA 50131

DRAKE, THOMAS J. JR.
405 1/2 31ST AVE. NORTH, SUITE B
NASHVILLE TN 37209

DUNLAP & KYLE TIRE CO., INC.
P.O. BOX 370
OLD HICKORY TN 37138

DYKE TATUM
30 BURTON HILLS BLVD.
NASHVILLE TN 37215

EDWARD CLAY
490 ALLIED DRIVE, SUITE C
NASHVILLE TN 37211

EMSER TILE, LLC
P.O. BOX 69339
WEST HOLLYWOOD CA 90069-0339

EXTREME ELECTRIC, INC.
5585 DEER RUN RD.
JOELTON TN 37080

FARMERS INSURANCE GROUP
7104 CROSSROADS BLVD., STE. 123
BRENTWOOD TN 37027

FARMERS INSURANCE GROUP
C/O CREDIT COLLECTION SERVICES
P.O. BOX 7250
PORTSMOUTH NH 03802-7250

FELIX ENTERPRISES, INC.
118 REYNOLDS DR.
FRANKLIN TN 37064

FIFTH THIRD BANK
424 CHURCH STREET
SUITE 600
NASHVILLE TN 37219

FIFTH THIRD BANK
P.O. BOX 740789
CINCINNATI OH 45274-0789

FIFTH THIRD BANK
1850 EAST PARIS
ATTN: REPOSSESSION DEPT., MD ROPS05
GRAND RAPIDS MI 49546

FIREWORKS, INC.
2945 FOSTER CREIGHTON DR.
NASHVILLE TN 37204

FORD CREDIT
CENTRAL COLLECTION DEPT.
P.O. BOX 6014
DEARBORN MI 48120-6014

FRANCENE KAVIN
155 FRANKLIN ROAD
SUITE 120
BRENTWOOD TN 37027

FRANKLIN COLLECTION SERVICE, INC.
P.O. BOX 3910
TUPELO MS 38803-3910

GANNETT TENNESSEE NEWSPAPERS
C/O BIEHL & BIEHL
P.O. BOX 87410
CAROL STREAM IL 60188-7410

GENERAL ELECTRIC CO.
GE APPLIANCE HPS
P.O. BOX 281865
ATLANTA GA 30384-1865

GLASS SOLUTIONS, INC.
P.O. BOX 818
NOLENSVILLE TN 37135

GMAC
P.O. BOX 380902
MINNEAPOLIS MN 55438-4622

GMAC PAYMENT PROCESSING CENTER
P.O. BOX 9001948
LOUISVILLE KY 40290-1948

GONZALO MARTINEZ
420 LAWSON RD.
SMYRNA TN 37167

GRAND GLASS COMPANY
638 ZEIGLER CIRCLE WEST
MOBILE AL 36608

GRANITE & MARBLE CO.-TN
905 CHEROLEE AVE.
NASHVILLE TN 37207

GREEN BANK
P.O. BOX 1120
GREENEVILLE TN 37744

HARDWARE RESOURCES
P.O. BOX 534131
ATLANTA GA 30353-4131

HARDWOODS OF NASHVILLE
P.O. BOX 331235
NASHVILLE TN 37203

HART FREELAND ROBERTS, INC.
701 EXECUTIVE CENTER DRIVE
SUITE 300

HARVARD COLLECTION SERVICES, INC.
4839 N. ELSTON AVE.
CHICAGO IL 60630-2534

HI TECH DESIGNS, INC.
P.O. BOX 159144
NASHVILLE TN 37215

HK CONSTRUCTION INC.
1138 ANTIOCH PIKE
NASHVILLE TN 37211

HOLT BROTHERS INC.
1003 GALATIN AVE.
NASHVILLE TN 37206

INDUSTRIAL PRODUCTS CO.
1101 NASHVILLE HIGHWAY
COLUMBIA TN 38402

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

ITALIA GRANITE
1046 4TH AVE. SOUTH
NASHVILLE TN 37210

J & R MOTA CONCRETE
316 MALIBU CANYON DR.
MADISON TN 37116

J-BOZ, INC.


JACK R. CREEL & ASSOCIATES
P.O. BOX 801083
HOUSTON TX 77280-1083

JANET SMITH
1341 SWEETWATER DRIVE
BRENTWOOD TN 37027

JOEL JORDAN
3326 ASPEN GROVE DRIVE, SUITE 604
FRANKLIN TN 37067

JOHN DEERE CREDIT
P.O. BOX 4450
CAROL STREAM IL 60197-4450

JOHNSON PRODUCTS, LLC
ATTN: ACCOUNTS RECEIVABLE
1029 TECHNOLOGY PARK DR.
GLEN ALLEN VA 23059

JONES LAND COMPANY LLC
133 HOLIDAY COURT
SUITE 200
FRANKLIN TN 37067

JOSHUA R. BELVILLE
4413 SAVAGE POINTE DR.
FRANKLIN TN 37064

KABINART/UNITED CABINET CO.
P.O. BOX 110774
NASHVILLE TN 37221

MARIA CAVALLO
1008 SALYER DR.
NASHVILLE TN 37205

MARTIN GINER
213 THIRD AVENUE NORTH
NASHVILLE TN 37201

MAUICIO SALMERON
1340 E. SHRIEBMAN BLVD.
LA VERGNE TN 37086

MENDELSON LAW FIRM
P.O. BOX 17235
799 ESTATE PLACE
MEMPHIS TN 38187-0235

METRO WATER SERVICES
P.O. BOX 305225
NASHVILLE TN 37230-5225

METROPOLITAN TRUSTEE
800 2ND AV. NORTH
P.O. BOX 196358
NASHVILLE TN 37219-6358

MICHAEL SMITH
1341 SWEETWATER DRIVE
BRENTWOOD TN 37027

MID-TENN MASONRY, INC.
P.O. BOX 68241
FRANKLIN TN 37064

MID-TN EROSION & SEDIMENT CO.
P.O. BOX 682526
FRANKLIN TN 37068

MIDDLE TENNESSEE ELECTRIC
P.O. BOX 681709
FRANKLIN TN 37068

MIDDLE TENNESSEE ELECTRIC
P.O. BOX 681709
FRANKLIN TN 37068-1709

MILLCRAFTS, LLC
1207 HALEY LANE
MURFREESBORO TN 37129

MITCHELL AND NONA INGLIS
4420 ARNO ROAD
FRANKLIN TN 37064

MJ FRICK COMPANY, INC.
3651 TROUSDALE DR.
NASHVILLE TN 37204-4518

```
MTM FRAMING DIVISION
4728A OLD HICKORY BLVD.
OLD HICKORY TN 37138

NASHVILLE CONVEYING, LLC
3231 N. ARLINGTON AVE.
INDIANAPOLIS IN 46218

NASHVILLE ELECTRIC SERVICE
C/O ACSI
P.O. BOX 17737
NASHVILLE TN 37217

NASHVILLE ELECTRIC SERVICE
C/O PAYMENT AMERICA SYSTEMS
P.O. BOX 24850
NASHVILLE TN 37202-4850

NASHVILLE MARBLE, LLC
333 SAND HILL RD.
LA VERGNE TN 37086

NASHVILLE SASH & DOOR, INC.
P.O. BOX 40780
NASHVILLE TN 37204-0780

NAVARRO ROOFING AND BLOCK
232 MARGO LANE
NASHVILLE TN 37211

NOLENSVILLE COLLEGE GROVE UTILITY DIST.
P.O. BOX 127
2000 JOHNSON INDUSTRIAL BLVD.
NOLENSVILLE TN 37135

NORTH AMERICAN SPECIALTY INSURANCE
P.O. BOX 30506
TAMPA FL 33630-3506

NORTHCREEK CHIROPRACTIC CLINIC
DR. TODD D. THOMPSON
500-A LONG HOLLOW PIKE
GOODLETTSVILLE TN 37072

PAYMENT AMERCIA SYSTEMS
PO BOX 24850
NASHVILLE TN 37202-4850

PDQ DISPOSAL
625 HAMILTON AVE.
NASHVILLE TN 37203

PEOPLES STATE BANK OF COMMERCE
7271-A NOLENSVILLE RD.
NOLENSVILLE TN 37135
```

PIEDMONT NATURAL GAS
P.O. BOX 533500
ATLANTA GA 30353

PINNACLE NATIONAL BANK
150 3RD AVENUE SOUTH
SP 10
NASHVILLE TN 37201

PRESTIGE MARBLE & GRANITE
2644 PULASKI HWY.
COLUMBIA TN 38401

PROBUILD EAST, LLC
P.O. BOX 309
SMYRNA TN 37167

RECEIVABLE MANAGEMENT SERVICES
4836 BRECKSVILLE RD.
P.O. BOX 509
RICHFIELD OH 44286

RECEIVABLE MANAGEMENT SERVICES
240 EMERY STREET
P.O. BOX 20410
LEHIGH VALLEY PA 18002

RECONTRUST COMPANY, N.A.
2380 PERFORMSNCE DRIVE
RICHARDSON TX 75082

REGIONS BANK
C/O JOSEPH R. PROCHASKA, ATTY.
401 CHURCH ST., STE. 2600
NASHVILLE TN 37219

REGIONS BANK
P.O. BOX 2224
BIRMINGHAM AL 35346

RELIANT BANK
1736 CAROTHERS PARKWAY
SUITE 100
BRENTWOOD TN 37027

REOSTONE, LLC
P.O. BOX 440503
NASHVILLE TN 37244-0503

ROGERS GROUP, INC.
P.O. BOX 102798
ATLANTA GA 30368-2798

ROOFING SUPPLY GROUP, INC.
P.O. BOX 100059
NASHVILLE TN 37224

S & D CONCRETE
P.O. BOX 111928
NASHVILLE TN 37222

SANDRA MELZ
1025 CARLISLE LANE
FRANKLIN TN 37064

SCOTT COLLINS
726 PEACH ORCHARD DRIVE
NASHVILLE TN 37204

SOUND-N-VISION DESIGN
PARK 80 WEST
PLAZA II, STE. 200
SADDLE BROOK NJ 07663

SPINVILLE RECORDS
14613 ROUND VALLEY DRIVE
SHERMAN OAKS CA 91403

SPRINT
6391 SPRINT PARKWAY
OVERLAND PARK KS 66251

STELTEMEIER & WESTBROOK
3326 ASPEN GROVE DR., SUITE 604
FRANKLIN TN 37067

STONE & HINDS, P.C.
507 GAY ST. SW, SUITE 700
KNOXVILLE TN 37902

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TENNESSEE DEPT.OF LABOR
C/O TN ATTY GENERAL BANKRUPTCY DIVISION
P.O. BOX 20207
NASHVILLE TN 37202

TENNESSEE MECHANICAL CORPORATION
101 GENERAL FORREST COURT
SMYRNA TN 37167

TIMBERLAND CABINETRY
PMB 307, STE. 900
2020 FIELDSTONE PKWY
FRANKLIN TN 37069

TN DEPT. OF LABOR & WORK FORCE DEVELOP.
220 FRENCH LANDING DRIVE
NASHVILLE TN 37243

TRITON STONE GROUP, LLC
3711 KEYSTONE AVE.
NASHVILLE TN 37211

TUSCANY HILLS HOMEOWNERS ASSOCIATION
1152 COLUMBIA AVE.
FRANKLIN TN 37064

U.S. BANK
P.O. BOX 1800
SAINT PAUL MN 55101

U.S. BANK
4045 NOLENSVILLE ROAD
NASHVILLE TN 37211

UPS-N-DOWNS STAIRS
617 HOBBS RD.
ALTAMONT TN 37301

V&V INTERIORS TRIM CO.
3720 TIBBS CT.
NASHVILLE TN 37211

VAN RU CREDIT CORPORATION
1350 E TOUHY AVENUE
SUITE 100E
DES PLAINES IL 60018

VANDERBILT CHILDREN'S HOSPITAL
2200 CHILDREN'S WAY
NASHVILLE TN 37232-0034

VANDERBILT CHILDREN'S HOSPITAL
719 THOMPSON LANE
SUITE 30860
NASHVILLE TN 37232-0034

VANDERBILT MEDICAL GROUP
1161 21ST AVE. SOUTH, #B1100
NASHVILLE TN 37232-0011

VERIZON WIRELESS
P.O. BOX 18000
GREENEVILLE SC 29606

WELLS FARGO ACCEPTANCE
P.O. BOX 13460
PHILADELPHIA PA 19101-3460

WELLS FARGO HOME MORTGAGE
P.O. BOX 10335
DES MOINES IA 50306

WELLS FARGO HOME MORTGAGE
P.O. BOX 4233
PORTLAND OR 97208

WEST END BUILDERS, INC.


WEST END HOMES, LLC


WHITEHURST, LLC
1683 OLD HILLSBORO RD.
FRANKLIN TN 37069

WILLIAMSON COUNTY C/O
YOST ROBERTSON NOWAK PLLC
P.O. BOX 681346
FRANKLIN TN 37068

WILLIAMSON COUNTY READY MIX
516 DOWNS BLVD.
FRANKLIN TN 37064

WILLIAMSON COUNTY TRUSTEE
P.O. BOX 1365
FRANKLIN TN 37065