IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEREMY MICHAEL BOCZULAK | ) | Case No. 11-06910 |
| SS #xxx-xx-1763 | ) | Chapter 7 |
| 1345 Sweetwater Drive | ) | Judge George C. Paine II |
| Brentwood, TN  37027 | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF AMENDMENT OF STATEMENTS AND SCHEDULES

COMES the within Debtor, Jeremy Michael Boczulak, and amends his Schedules of Assets and Liabilities and Statement of Financial Affairs filed on July 28, 2011, as follows:

**Schedule B—Personal Property—No. 18. Other Liquidated Debts Owing Debtor Including Tax Refund** is amended to reflect a decrease in the value of the 2010 tax refund due to Debtor and his non-filing spouse from $3,093.00 to $3,091.00.

**Statement of Financial Affairs – No. 1 – Income from Employment or Operation of Business** is amended to reflect an increase in certain income earned in 2010 from $11,037 to $12,192.00.

**Statement of Financial Affairs – No. 10 – Other Transfers** is amended to include the transfer of a 1997 BMW 528i to Eric Joseph Boczulak (Brother of the Debtor), 2392 Depot Street, Spring Hill, Tennessee 37174, for $1,000.00 on March 2, 2010.  The vehicle had approximately 215,000.00 miles at the time of the transfer and needed mechanical repairs on its brakes, suspension and wheel bearings.

**Statement of Financial Affairs – No. 11 – Closed Financial Accounts** is amended to reflect the closing of U.S. Bank Checking Account No. X-XXX-XXXX-5174, in the name of Debtor Jeremy Boczulak, on September 9, 2010. The final balance on the date of the closing of the account was $0.00.

## DECLARATION OF DEBTOR

I declare under penalty of perjury that the information provided in this Notice of Amendment of Statements and Schedules is true and correct.

DATED:   September 15, 2011          /s/ Jeremy Michael Boczulak
                                     Jeremy Michael Boczulak


                                     Respectfully submitted,


                                     /s/ Glen C. Watson, III
                                     Glen C. Watson, III
                                     DeSha Watson PLLC
                                     1106 Eighteenth Avenue South
                                     Nashville, Tennessee  37212
                                     Telephone:  (615) 369-9600
                                     Facsimile:  (615) 369-9613
                                     Email:   gcw@deshalaw.com

                                     *Attorney for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2011, the foregoing Notice of Amendment of Statements and Schedules was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system and by U. S. Mail, postage prepaid, to the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203 and Susan R. Limor, Chapter 7 Trustee, 2814 Dogwood Place, Nashville, TN 37204. Parties may access this filing through the Court's electronic filing system.

/s/ Glen C. Watson, III
Glen C. Watson, III